IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



ELIZABETH ANNE CAMPBELL and
FRANK CAMPBELL                                                                              PLAINTIFFS

VS.                                                                          CIVIL ACTION NO. 3:04CV836WSu

THE PANTRY, INC., A CORPORATION                                                              DEFENDANT

---

### AGREED ORDER OF DISMISSAL

---

Upon the Court having been informed that the parties to the above styled matter have agreed to a dismissal of the above styled matter with prejudice; and

Upon this Court having determined that the above styled matter should be dismissed with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that the above styled matter be, and the same is hereby, dismissed with prejudice with each party to bear his or her own costs.

SO ORDERED AND ADJUDGED, this the 29th day of November, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

/s/   Joe M Hollomon
Joe M. Hollomon, #2551, Attorney for Plaintiffs

/s/   Rebecca B. Cowan
Rebecca B. Cowan #7735, Attorney for Defendant